```
_____ FILED  _____ LODGED
       _____ RECEIVED
       JUN 2 6 2008
       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                               DEPUTY
```

08-CV-00983-NTC  to π

1
2
3
4
5
6
7
8                                              The Honorable _____

9              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
10                      AT TACOMA

11  LORAINE CAMPBEL, individually and      No. C08 0983 JCC
    as personal representative of the Estate of
12  JUSTINE BOOTH,                          NOTICE TO ADVERSE PARTY
                                            OF REMOVAL TO FEDERAL
13              Plaintiff,                  COURT

14       v.

15  STATE OF WASHINGTON,
    DEPARTMENT OF SOCIAL AND
16  HEALTH SERVICES, including but not
    limited to the Division of Developmental
17  Disabilities; LASHONDA MARIE
    MITCHELL, individually and in her
18  official capacity acting under the color of
    state law; MURINE LEE McGENTRY,
19  individually and in her official capacity
    acting under the color of state law; SONJA
20  PATE, individually and in her official
    capacity acting under the color of state
21  law;

22              Defendants.

23  TO:      LORAINE CAMPBELL, Plaintiff

24  AND TO:  ANTHONY SHAPIRO, Plaintiff's Attorney

25
26

NOTICE TO ADVERSE PARTY OF           ATTORNEY GENERAL OF WASHINGTON
REMOVAL TO FEDERAL COURT NO.                                    Torts Division
                                                          7141 Cleanwater Drive SW
                                                              PO Box 40126
                                                          Olympia, WA 98504-0126
                                                              (360) 586-6300

1  PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United
2  States District Court for the Western District of Washington on June 25, 2008. A copy of the
3  Notice of Removal is attached to this Notice, and is served and filed herewith.

4  DATED this 25th day of June, 2008.

ROBERT M. MCKENNA
Attorney General

_____
ANDREW LOGERWELL, WSBA # 38734
Assistant Attorney General
Attorney for Defendants

NOTICE TO ADVERSE PARTY OF
REMOVAL TO FEDERAL COURT  NO.

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300