# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORAINE CAMPBELL, individually and as Personal Representative of the estate of Justine Booth, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.   C08-0983-JCC |
| v. | |
| STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; LASHONDA MARIE MITCHELL; MURINE LEE MCGENTY; and SONJA PATE, | |
| Defendants. | |

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Defendant Sonja Pate's Motion for Summary Judgment (Dkt. No. 59) and Defendants Lashonda Marie Mitchell and Murine Lee McGenty's Motion for Partial Summary Judgment (Dkt. No. 60) are GRANTED. Therefore, the case is DISMISSED.

Dated this 14th day of September, 2009.

BRUCE RIFKIN
Clerk

*/s/ C. Ledesma*
Deputy Clerk
